UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MATTHEW SCHRENGER                                                                Plaintiff

v.                                                          Civil Action No. 3:21CV-612-RGJ

ERIKA SHIELDS, ET AL.                                           Defendants

\* \* \* \* \*

## ORDER

This case was filed on October 4, 2021. Summonses were issued on October 5, 2021. The docket reflects no action by the Plaintiff since that time.

Pursuant to Federal Rules of Civil Procedure 4(m), an action will be dismissed if service of the Complaint and summonses are not made upon the defendant within ninety (90) days after filing of the Complaint, and the party on whose behalf the service was required cannot show good cause why such service was not made.

Accordingly, **IT IS ORDERED** that Plaintiff shall have fourteen (14) days to **SHOW CAUSE** in writing why this action should not be dismissed pursuant to Rule 4(m).

January 7, 2022

*Rebecca Grady Jennings, District Judge*
*United States District Court*

Copies to:     Counsel